UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR14-0373JLR |
| Plaintiff, | ORDER DIRECTING THE GOVERNMENT TO RETURN DEFENDANT'S PROPERTY |
| v. | |
| BRYCE BALLS, | |
| Defendant. | |

Before the court is Plaintiff United States of America's ("the Government")

response (Resp. (Dkt. # 38)) to the court's order to show cause why the Government

should not return night vision googles and an olive green tactical bag to Defendant Bryce

Balls (OSC (Dkt. # 36)). In its response, the Government concedes that it should return

the property. (*See* Resp. at 5.) Accordingly, the court ORDERS the Government to (1)

return the night vision googles and olive green tactical bag to Mr. Balls within seven (7)

//

//

days of the filing date of this order, and (2) file confirmation of its compliance with this order on the court's docket.

Dated this 30th day of May, 2017.

JAMES L. ROBART
United States District Judge